**Order filed September 11, 2018**



**In The**

# 𝕱𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝕮𝔬𝔲𝔯𝔱 𝔬𝔣 𝕬𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-18-00217-CV
_____

**MCCLINTON ENERGY GROUP, LLC AND SURF-FRAC WELLHEAD COMPANY, INC., Appellants**

**V.**

**AMERICAN PRODUCTION VALVE, LLC, Appellee**

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2015-43368**

---

## O R D E R

Appellant's brief was due July 25, 2018**.** No brief or motion for extension of time has been filed. On July 30, 2018, the parties sent notice to this court that they had reached a tentative agreement resolving the case and would file a motion to dismiss once the settlement documents were finalized. As of today, the parties have not filed a dispositive motion.

Unless appellants file a brief or dispositive motion with this court on or before **September 26, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM